IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KRYSTAL LYNN NORTHROP, : | |
| : | Case No. 2:19-CV-558 |
| **Plaintiff,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Kimberly A. Jolson |
| MUSKINGUM COUNTY JUNVENILE : | |
| COURT, *et al*., : | |
| : | |
| **Defendants.** : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's March 1, 2019, **Report and Recommendation** (ECF No. 3). Magistrate Judge Jolson recommended that: Plaintiff's Motion for Leave to Proceed *in forma pauperis* be granted, Plaintiff's Complaint be dismissed, and Plaintiff's leave to appeal *in forma pauperis* be denied.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 3 at 7). The parties have failed to file any objections, and the deadline for objections (March 15, 2019) has lapsed.

Therefore this Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Plaintiff's Complaint is **dismissed**, and Plaintiff's leave to appeal *in forma pauperis* is **denied**.

IT IS SO ORDERED.

                                            s/ Algenon L. Marbley
                                            **ALGENON L. MARBLEY**
                                            **UNITED STATES DISTRICT JUDGE**

**DATED: April 15, 2019**